DOA: 2/9/2026

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Luis Miguel Salas-Blanco, | ) | Case No.  26-9011 MJ |
| a.k.a.: Luis Salas-Blanco, | ) | |
| A#200 289 276 | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about January 29, 2022, in Pinal County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Luis Miguel Salas-Blanco, an alien, was found in the United States at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 7, 2021, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*C. Bailey Jr.* (Digitally signed by CHARLES BAILEY Date: 2026.02.10 10:36:27 -07'00')

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Jacqueline Pecaro

☒ Continued on the attached sheet.

CHRISTOPHER L SPOHN (Digitally signed by CHRISTOPHER SPOHN Date: 2026.02.10 11:01:35 -07'00')

*Complainant's signature*

Christopher L. Spohn
ICE Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date: February 10, 2026

*EsWillett*

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Christopher L. Spohn, declared under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about January 29, 2022, the Phoenix Immigration and Customs Enforcement (ICE) office received a positive biometric lead and match through immigration systems indicating that Luis Miguel Salas-Blanco, a previously deported criminal alien, had been arrested, fingerprinted, and booked into the Pinal County Jail (PCJ), in Florence, Arizona, by the Pinal County Sherrif's Office, on local charges. While Salas-Blanco was confined at the PCJ, ICE officers telephonically interviewed him and determined him to be a citizen of Mexico present in the United States unlawfully. On the same date, an immigration detainer was lodged with the PCJ for Salas-Blanco. Salas-Blanco was subsequently convicted and sentenced on local charges, and transferred from the PCJ to the Arizona Department of Corrections (AZDOC) to serve his sentence. On or about February 9, 2026, Salas-Blanco was released from the AZDOC to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Salas-Blanco was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Luis Miguel Salas-Blanco to be a citizen of Mexico and a previously deported alien. Salas-Blanco was removed from the United States to Mexico, through Nogales, Arizona, on or about October 7, 2021, pursuant to a final order of removal issued by an immigration judge. There is no record of Salas-Blanco in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Salas-Blanco's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that on or about June 4, 2019, Luis Miguel Salas-Blanco was convicted of Possession of a Weapon by a Prohibited Person, and Forgery-Possession of a Forged Instrument, both felony offenses, in the Superior Court of Arizona, County of Maricopa. Salas-Blanco was sentenced to two and one half (2.5) years of incarceration for each count, with both sentences to be served concurrently with one another. Salas-Blanco's criminal history was matched to him by electronic fingerprint comparison,

5. On or about February 9, 2026, Luis Miguel Salas-Blanco was advised of his constitutional rights. Salas-Blanco freely and willingly acknowledged his rights but declined to provide a statement under oath. However, on or about January 29, 2022, during his initial encounter with ICE officers, Salas-Blanco admitted that he entered the United States illegally on October 11, 2021, at or through an unspecified location, without prior inspection by immigration officials.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about January 29, 2022, Luis Miguel Salas-Blanco, an alien, was found in the United States at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about October 7, 2021, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

CHRISTOPHER L SPOHN
Digitally signed by CHRISTOPHER L SPOHN
Date: 2026.02.10 11:02:32 -07'00'

Christopher L. Spohn
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
February 10, 2026

Eileen S. Willett
United States Magistrate Judge

3